UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                         :

ALTER Y. GOLDBERG, individually and on
behalf of all other similarly situated,                :         Case No.: 21-cv-2698(EK)(PML)

                            Plaintiff,         :

                -against-                   :         **NOTICE OF APPEARANCE**

GENERAL REVENUE CORPORATION,      :

                          Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

         **PLEASE TAKE NOTICE** that the following counsel, who is admitted to practice before this Court, appears as counsel for defendant General Revenue Corporation:

                 Lon J. Seidman, Esq.
                 Diamond McCarthy LLP
                 295 Madison Avenue, 11th Floor
                 New York, New York  10017
                 Tel: (212) 430-5400
                 Fax: (212) 430-5499
                 *lseidman@diamondmccarthy.com*

and requests that all further papers and correspondence be served upon him.

Dated:  New York, New York
        June 24, 2021

                                       **DIAMOND McCARTHY LLP**

                                       By: *Lon Seidman*
                                          Lon J. Seidman, Esq.
                                          295 Madison Avenue, 11th Floor
                                          New York, New York 10017
                                          Tel: (212) 430-5400
                                          Fax: (212) 430-5499
                                          *lseidman@diamondmccarthy.com*