UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ALTER Y. GOLDBERG, individually and on behalf of all other similarly situated,

                Plaintiff,

-against-

GENERAL REVENUE CORPORATION

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 21-cv-2698(EK)(PML)

**STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE**

       On July 20, 2021, the Court entered an Order [Dkt. 8] ruling that a pre-motion conference is not required before Defendant General Revenue Corporation ("GRC") files its forthcoming Motion to Dismiss and set the following briefing schedule for the parties:

- Motion by August 19, 2021;
- Response by September 20, 2021; and
- Reply, if any, by September 30, 2021.

The Order continued that the "parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline." *Id.* Under Fed. R. Civ. P. 12(a) and the terms of its Waiver of Service [Dkt. 5], the date for GRC to answer, move, or otherwise respond to Plaintiff's Complaint is August 2, 2021 ("Answer Date"). In an abundance of caution, the parties hereby stipulate and agree that GRC's Answer Date shall be extended until August 19, 2021 in order to comply with the Court's Scheduling Order and permit the parties to withhold filing their motion papers until the matter is fully briefed. This is GRC's first request for an extension and Plaintiff Alter Y. Goldberg consents to this extension.

1

Dated: New York, New York
       July 27, 2021

| **Horowitz Law, PLLC** | **Diamond McCarthy LLP** |
|---|---|
| /s/ *Uri Horowitz* | /s/ *Lon J. Seidman* |
| Uri Horowitz, Esq. | Lon J. Seidman, Esq. |
| 144-41 70th Road | 295 Madison, Avenue, 11th Floor |
| Flushing, NY 11367 | New York, New York 10017 |
| P. (718) 705-8700 x126 | Tel: (212) 430-5400 |
| F. (718) 705-8705 | Fax: (212) 430-5499 |
| *uri@horowitzlawpllc.com* | *lseidman@diamondmccarthy.com* |
| *Attorney for Plaintiff* | -and- |
| *Alter Y. Goldberg* | |

**Keating Muething and Klekamp, PLL**

/s/ *Jacob D. Rhode*
Jacob D. Rhode, Esq.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6580
Fax: (513) 579-6457
*jrhode@kmklaw.com*

*Attorneys for Defendant*
*General Revenue Corporation*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant General Revenue Corporation's Answer Date is extended until August 19, 2021. The parties shall comply with the briefing schedule set forth in the Court's July 20, 2021 Order [Dkt. 8].

_____          _____
Dated                                                                Judge Eric R. Komitee

## CERTIFICATE OF SERVICE

I certify that on July 27, 2021, I filed the foregoing STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE with the clerk of the court by using the CM/ECF system, and that a copy of same was served to all counsel of record.

/s/ *Jacob D. Rhode*
Jacob D. Rhode

11000262.